## Louis FLEISH, Appellant, v. UNITED STATES, Appellee.
## Nellie FLEISH, Appellant, v. UNITED STATES, Appellee.
### Nos. 8303, 8304.

Circuit Court of Appeals, Sixth Circuit.

Nov. 11, 1941.

George S. Fitzgerald, of Detroit, Mich., for appellants.

John C. Lehr, U. S. Atty., of Detroit, Mich., for appellee.

Before HICKS, SIMONS, and McALLISTER, Circuit Judges.

PER CURIAM.

These causes were heard upon the transcript of the record, briefs and arguments

of counsel, and it appearing to the court that there is no reversible error upon the record, it is therefore ordered and adjudged that the judgments appealed from be and the same are in all things affirmed.